UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR00206 BSM |
| | ) | |
| RANDY MEDLOCK | ) | **UNDER SEAL** |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 24 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

### ORDER

The United States of America's motion to unseal indictment is granted. The Indictment in this matter shall be unsealed at 9:00 a.m. on Tuesday, July 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE